**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6579**

UNITED STATES OF AMERICA,

　　　　　　Plaintiff – Appellee,

　　v.

ERNEST MELVIN TUCKER, a/k/a Sonny Tucker,

　　　　　　Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:95-cr-00011-GMG-1)

Submitted:  October 30, 2015　　　　　Decided:  November 4, 2015

Before KING, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Melvin Tucker, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Melvin Tucker appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tucker, No. 3:95-cr-00011-GMG-1 (N.D. W. Va. Apr. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED